IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. GOODSON, III, ) | |
| ) | Civil Action No.  06 - 1497 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Gary L. Lancaster |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| WASHINGTON COUNTY CYS; ) | |
| PATRICIA BERDINE, Case Worker ) | |
| WCCYS; NANCY GRAY, Supervisor ) | |
| WCCYS; MARK MASCARA, Court of ) | |
| Common Pleas, Washington County Judge, ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

The above captioned Complaint was received by the Clerk of Court on November 9, 2006, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (doc. no. 5), filed on March 5, 2007, recommended that the Complaint be dismissed without prejudice because Plaintiff failed to sign an authorization allowing the institutional account officer to deduct a partial filing fee as required by 28 U.S.C. § 1915(b).  Service was made on Plaintiff at P.O. Box 4024, New Kensington, PA 15068 and he was informed that, in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrate Judges, he had ten (10) days to file any objections.  No objections have been filed.  After *de novo* review of

the pleadings and the documents in the case and the Report and Recommendation, the following order is entered:

AND NOW, this 29th day of March, 2007;

**IT IS HEREBY ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 5) of Magistrate Judge Lenihan, dated March 5, 2007, is adopted as the Opinion of the court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

Gary L. Lancaster
United States District Judge

cc:  Lisa Pupo Lenihan
U.S. Magistrate Judge

DANIEL J. GOODSON, III
1312 Woodmont Avenue
P.O. Box 303
New Kensington, PA 15068